THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ALEXANDER JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 3:19-cv-00111 |
| v. ) | JUDGE RICHARDSON |
| ) | |
| JH WILSON TRANSPORT, LLC, ) | |
| ARNOLD FARMS TRUCKING, LLC, and ) | |
| DAVID GRUBBS, ) | |
| ) | |
| Defendants. | |

## ORDER

The parties have submitted a Stipulation of Dismissal (Doc. No. 66, "Stipulation"). The Stipulation states that the parties have agreed to a dismissal of this action. Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation sufficed to dismiss this action without any action on the part of the Court. Since this Stipulation states that the dismissal of Plaintiff's claim for personal injury is with prejudice, the dismissal of that claim is indeed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B). And, since the Stipulation states that the dismissal of Plaintiff's claim for property damage is without prejudice, the dismissal of that claim is without prejudice. *Id.* Accordingly, the Court acknowledges that this action has been **DISMISSED** effective as of the time of the filing of the Stipulation, and the Clerk is directed to close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE